IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **MELBA FAYE MANN,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:24-CV-00022 |
| | ) | Judge Eli J. Richardson |
| vs. | ) | Magistrate Judge Barbara D. Holmes |
| | ) | |
| **CVS PHARMACY INC. a/k/a TENNESSEE CVS PHARMACY, LLC AND DANIEL G. KAMIN DICKSON, LLC,** | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Comes now **Olin J. Baker**, Baker Law Group, PLLC, Counsel for the Plaintiff, and would hereby enter the following Notice of Substitution of Counsel, allowing **Kirk Vandivort,** to withdraw as Counsel of Record for the Plaintiff, Melba Faye Mann. **Olin J. Baker,** Baker Law Group, PLLC, will be noted as Counsel of Record for the Plaintiff, Melba Faye Mann, in the above-captioned matter.

**RESPECTFULLY SUBMITTED:**

/s/ Olin J. Baker
Olin J. Baker, No. 026184
Attorney for Melba Faye Mann
Baker Law Group, PLLC
P.O. Box 250
9 Court Square
Charlotte, TN 37036
Phone: (615) 789-3164
obaker@bakerlawgrp.com

and

/s/ Kirk Vandivort

1